# NO. 12-19-00331-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | § | *APPEAL FROM THE 392ND* |
| *MARRIAGE OF BONNIE B. DOYLE* | § | *JUDICIAL DISTRICT COURT* |
| *AND BENNIE WAYNE DOYLE* | § | *HENDERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This accelerated appeal is being dismissed for want of prosecution.[1]  *See* TEX. R. APP. P. 42.3(b).  Bonnie Broussard Doyle filed a notice of appeal from an order appointing a receiver.  The clerk's record was filed on December 13, 2019 and the reporter's record was filed on January 13, 2020.[2]  Bonnie's brief was due on or before February 3, 2020.  On February 5, this Court notified Bonnie that the brief was past due.  We further notified Bonnie that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than February 18.  That deadline expired without a motion for extension of time or other response from Bonnie.

When an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief.  TEX. R. APP. P. 38.8(a)(1).  Because Bonnie failed to (1) either file a timely brief or file a late brief accompanied by a motion

---

[1] *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(1) (West Supp. 2019); *see also* TEX. R. APP. P. 28.1(a).

[2] On November 13, 2019, this Court dismissed the appeal for failure to comply with Texas Rule of Appellate Procedure 5.  *See* **In the Matter of the Marriage of Doyle**, No. 12-19-00331-CV, 2019 WL 5956673 (Tex. App.—Tyler Nov. 13, 2019, no pet.) (mem. op.).  Bonnie subsequently paid the filing fee in accordance with Rule 5; we granted her motion for rehearing and reinstated the appeal.

for leave to file late brief or (2) file a motion for extension of time along with the required filing fee, we ***dismiss*** the appeal for ***want of prosecution***.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered February 28, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### FEBRUARY 28, 2020

### NO. 12-19-00331-CV

### IN THE MATTER OF THE MARRIAGE OF
### BONNIE B. DOYLE AND BENNIE WAYNE DOYLE

Appeal from the 392nd District Court

of Henderson County, Texas (Tr.Ct.No. FAM17-0152-392)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*